UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 6 – 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| DOROTHY PRITCHETT, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 04-090 (RJL) |
| SPENCER ABRAHAM, | ) |
| Defendant. | ) |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 1st day of March 2006, hereby

**ORDERED** that [#7] defendant's Renewed Motion to Dismiss is GRANTED; and it is further

**ORDERED** that [#5] defendant's First Motion to Dismiss is DENIED as moot; and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is dismissed.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge